UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-05570 JAK (FFMx) | Date | April 2, 2019 |
| Title | Susan Pereda v. MGM Resorts International, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING STAY AND PLACING CASE ON COURT'S INACTIVE CALENDAR**   <mark>JS-6: Stayed/Inactive Calendar</mark>

The Court has reviewed the Report on Mediation. Dkt. 81. In light of the parties' continued efforts to resolve this matter, the Court places this case on its inactive calendar pending the outcome of mediation. The stay, which was entered pursuant to a stipulation of the parties, remains in effect. Counsel shall file the next joint report no later than May 31, 2019, or within 14 days of the resolution of the mediation proceedings.

**IT IS SO ORDERED.**

                                             :
                       Initials of Preparer    ak