Mark P. Robinson, Jr. SBN 54426
Daniel S. Robinson SBN 244245
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax (949) 720-1292
mrobinson@robinsonfirm.com
drobinson@robinsonfirm.com

Gary L. Chambers SBN 86076
Garrett R. Chambers SBN 304796
Chantell Cervantes-Chambers SBN 299501
**CHAMBERS & NORONHA**
270 North Tustin Ave.
Santa Ana, CA 92705
(714) 558-1400; Fax (714) 558-0885
glchambers@cnlegalgroup.com

*Attorneys for Plaintiff*

Brad D. Brian SBN 79001
Michael R. Doyen SBN 119687
Bethany W. Kristovich SBN 241891
John M. Gildersleeve SBN 284618
**MUNGER TOLLES AND OLSON LLP**
350 South Grand Avenue 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100; Fax: (213) 683-3702
brad.brian@mto.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUSAN PEREDA,<br><br>      Plaintiff,<br><br>   vs.<br><br>MGM RESORTS INTERNATIONAL, a Delaware Corporation, et al.,<br><br>      Defendants. | Case No. LA CV18-05570 JAK (FFMx)<br><br>**REPORT ON MEDIATION**<br><br>Judge: Hon. John A. Kronstadt<br>Date:  N/A<br>Time:  N/A<br>Ctrm:  10B |

The parties respectfully advise the Court that mediation efforts are still ongoing. The parties have held numerous days of mediation to date and are engaged in continuing discussions. The parties propose to report back as to the status of the mediation efforts by November 29, 2019.

Dated: September 27, 2019     By:    */s/ Daniel S. Robinson*
Mark P. Robinson, Jr. SBN 54426
Daniel S. Robinson SBN 244245
**ROBINSON CALCAGNIE, INC.**

*Attorneys for Plaintiff*

Dated: September 27, 2019     By:    */s/ Bethany W. Kristovich*
Brad D. Brian SBN 79001
Michael R. Doyen SBN 119687
Bethany W. Kristovich SBN 241891
John M. Gildersleeve SBN 284618
**MUNGER TOLLES AND OLSON LLP**

*Attorneys for Defendants*

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, I, Bethany W. Kristovich, attest that the above signatories have authorized this filing and concur in its content.

*/s/ Bethany W. Kristovich*
Bethany W. Kristovich

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September 2019, I caused to be electronically filed the foregoing via the Court's Electronic Case Filing (ECF) system. I understand that notification of this filing will be sent to all counsel of record in this matter who are on the Court's CM/ECF service list.

*/s/ Bethany W. Kristovich*
Bethany W. Kristovich